UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                                                                    CASE NO.: 23-41350
                                                                                                                                       CHAPTER 13

Eleanor Marie MacDonnell,
    Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                             **13010 MORRIS ROAD, SUITE 450**
                                    **ALPHARETTA, GA 30004**

                                                        Robertson, Anschutz, Schneid & Crane LLP
                                                        Authorized Agent for Secured Creditor
                                                        350 10th Avenue, Suite 1000
                                                        San Diego, CA 92101
                                                         Telephone: 470-321-7112

                                                        By: /s/Theron S. Covey
                                                             Theron S. Covey
                                                             Email: tcovey@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on October 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ELEANOR MARIE MACDONNELL
2121 ENCINAL AVE.
ALAMEDA, CA 94501

And via electronic mail to:

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE P
HILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

                      By: /s/ Emily Cheng