Eleanor Marie MacDonnell
2121 Encinal Ave
Alameda, CA 94501


FILED
OCT 24 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
ELEANOR MARIE MACDONNELL

Case No. 23-41350 WJL 13
(Chapter 13)

Petitioner/Debtor.
_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

The motion of Eleanor Marie MacDonnell respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on October 17, 2023, prior to the date hereof.

2. Debtor is an elderly woman and is recovering from a recent injury and has the task of putting together all the required documents for this instant petition and will need about 45 days to locate and prepare all foundational documentation in compliance with order of the court.

3. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that he have such other and further relief as is just.

DATED: 23 October 2023

Respectfully Presented,

By: *Eleanor MacDonnell* (signature)
Eleanor Marie MacDonnell

Eleanor Marie MacDonnell
2121 Encinal Ave
Alameda, CA 94501

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                Case No.23-41350 WJL 13
ELEANOR MARIE MACDONNELL                             (Chapter 13)

Petitioner/Debtor.
_____/

### Order Granting Further Time To File Schedules,
### Statement of Financial Affairs, Plan and other documents

Upon the motion of Eleanor Marie MacDonnell, the above-named debtor, praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be, and hereby is extended for _____ days from the date of this order.

Dated: _____

_____
Bankruptcy Court Judge

Eleanor Marie MacDonnell
2121 Encinal Ave
Alameda, CA 94501

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
ELEANOR MARIE MACDONNELL

Case No. 23-41350 WJL 13
(Chapter 13)

Petitioner/Debtor.
_____/

## Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On October 23, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

Martha G. Bonitsky
Office of U.S. Trustee
P.O. Box 5004
Hayward, CA 94540

Western Progressive, LLC
2300 Lakeview Parkway, Suite 756
Alpharetta, GA 30009

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 23, 2023        By: _____
                                          Eleanor Marie MacDonnell

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE